# United States District Court

FILED
MAY 5 - 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

**WAIVER OF INDICTMENT**

CASE NUMBER: 06-106 (TFH)

I, __CATHY ODOM__, the above named defendant, who is accused of

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF CRACK COCAINE

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __MAY 5, 2006__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_Cathy Odom_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer

May 5, 2006