UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No.  06-106  (TFH) |
| | : | |
| CATHY ODOM, also known as | : | |
| TAMMY ODOM, | : | Status Hearing: Not Presently Set |
| Defendant. | : | |
| | : | **UNDER SEAL** |

**JOINT MOTION TO
SCHEDULE THE SENTENCING HEARING**

Defendant, Odom, through her defense counsel and Government Counsel, respectfully requests that this matter be scheduled for a sentencing hearing at the convenience of this Court.

As grounds for this motion, counsel for the parties state:

1.Defendant Odom is before the Court pending his Sentencing Hearing.  She entered a guilty plea to one count of Conspiracy to Distribute and Possess with Intent to Distribute 50 grams or more of Cocaine Base in violation of 21 U.S.C. § 846, § 841(a)(1) and § 841(b)(1)(A)(iii). The plea is sealed and pursuant to a cooperation agreement.

2.Defendant Odom was charged with co-defendant Raymond Francis Cooke, who entered a plea of guilty today, Wednesday, August 29, 2007, before Magistrate Judge Alan Kay. Defendant Odom's cooperation and sentencing were related to the outcome of Defendant Cooke's case.

3.The partied agree that Defendant Odom's case can proceed to sentencing because

there is no need to await the final resolution of Defendant Cooke's case. Accordingly, based on these representations, the parties request that the Court schedule Defendant Odom for a Sentencing Hearing.

    4.    The parties request that the Sentencing Hearing, if the Court is available, be scheduled for the week of November 13, 2007[1].

Wherefore, Defendant Odom through her defense counsel and the Government respectfully requests that a Sentencing Hearing be scheduled.

WHEREFORE, it is respectfully requested that this motion be granted.

                        Respectfully submitted,

                        JEFFREY A. TAYLOR
                        UNITED STATES ATTORNEY
                        D.C. Bar No. 246-470

By: _____
      MARTIN DEE CARPENTER
      Assistant United States Attorney

---

[1] Monday, November 12, 2007, is a federal holiday.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of this pleading has been mailed, postage prepaid, this 29th day of August, 2007, to counsel for Defendant Odom, Elise Haldane, Esquire, by facsimile (202) 544-0165 or (202) 659-8700, and by first class mail, postage prepaid to, Esquire Elise Haldane, Attorney-At-Law, 303 E. Street, N.E., Washington, D.C. 20002; Office No. (202) 659-8700 or (202) 270-5354

 

                                    MARTIN DEE CARPENTER, Bar No. 431-211
                                    Assistant United States Attorney
                                    Organized Crime & Narcotics Trafficking Section
                                    555 4th Street, N.W., Room No. 4116
                                    Washington, D.C. 20530
                                    (202) 514-7063