UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 1 1 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 06-106 (TFH) |
| | : | |
| CATHY ODOM, also known as | : | |
| TAMMY ODOM, | : | Status Hearing: Not Presently Set |
| Defendant. | : | |
| | : | **UNDER SEAL** |

### ORDER

Based on the representations in the parties joint motion to request that this matter be scheduled for a sentencing hearing at the convenience of this Court, the motion is hereby GRANTED.

Based on the above, it is this ___31___ day of ___August___, 2007, hereby ORDERED that Defendant Odom be referred to the United States Probation Office for the preparation of her presentence investigation report.

IT IS HEREBY FURTHER ORDERED that the sentencing hearing in this case shall be set for the ___14th___ day of ___November 2007___, at ___11:00___ (a.m.)/p.m.

IT IS SO ORDERED:

_____
JUDGE THOMAS F. HOGAN
United States District Court for
the District of Columbia



cc:

Martin Dee Carpenter
Assistant United States Attorney
Criminal Division, Narcotics Section
555 4th Street, N.W., Room No. 4116
Washington, D.C. 20530
Office No. (202) 514-7063
Facsimile   (202) 616-2296
Email: martin.carpenter2@usdoj.gov

Esquire Elise Haldane
Attorney-At-Law
303 E. Street, N.E.
Washington, D.C.  20002
Office No. (202) 659-8700
Cell Phone (202) 270-5354
Facsimile   (202) 544-0165
Email: ehaldane@msn.com

Clerk of the Court
United States District Court
for the District of Columbia

United States Probation Office
United States District Court
for the District of Columbia