UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | Criminal N0. 06-106 (TFH) |
| | : | **_UNDER SEAL_** |
| CATHY ODOM | : | |

NOTICE OF FILING

The Clerk will please notice the filing of the attached certificate of service for counsel's appearance, filed on November 1, 2007.

Respectfully submitted,

_____/s/_____
Gary M. Sidell
1776 K Street, NW
Suite 800
Washington, D.C. 20006
D.C. Bar No. 961847
202-783-0060
202-331-9666 (facsimile)
suitcase@erols.com