UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | Criminal N0. 06-106 (TFH) |
| | : | **<u>UNDER SEAL</u>** |
| CATHY ODOM | : | |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have caused to be mailed, by first class mail, postage prepaid, a copy of the attached Appearance of Counsel this 2nd day of November, 2007, to the following:

Martin Dee Carpenter, Esq.
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, NW
Room 4828
Washington, D.C. 20530

                                                  Respectfully submitted,

                                                  _____/s/_____
                                                  Gary M. Sidell
                                                  1776 K Street, NW
                                                  Suite 800
                                                  Washington, D.C. 20006
                                                  D.C. Bar No. 961847
                                                  202-783-0060
                                                  202-331-9666 (facsimile)
                                                  suitcase@erols.com