UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
          V.                      :          Criminal N0. 06-106 (TFH)
                                  :
CATHY ODOM                        :


<u>APPEARANCE OF COUNSEL</u>


     Pursuant to Local Criminal Rule 44.5, the Clerk is hereby informed that Gary M. Sidell

enters his appearance on behalf of defendant Cathy Odom in this proceeding, <u>nunc pro tunc</u>

October 30, 2007.

                Respectfully submitted,


_____/s/_____
Gary M. Sidell
1776 K Street, NW
Suite 800
Washington, D.C. 20006
D.C. Bar No. 961847
202-783-0060
202-331-9666 (facsimile)
suitcase@erols.com