**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FILED

NOV 21 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 06-106 (TFH) |
| | : | |
| CATHY ODOM, also known as | : | |
| TAMMY ODOM, | : | Sentencing Hearing: November 28, 2007 |
| Defendant. | : | |
| | : | **UNDERSEAL** |

GOVERNMENT'S NOTICE OF SENTENCING DEPARTURE AND MEMORANDUM
AND
GOVERNMENT'S MOTION TO AWARD THREE POINTS FOR ACCEPTANCE 3E1.1

The United States of America, through its counsel, Jeffery A. Taylor, the United States

Attorney for the District of Columbia submits the following notice that Defendant Odom has

provided substantial assistance to the United States. We submit that Defendant Odom has

pursuant to the Federal Sentencing Guideline, Section 3E1.1, Acceptance of Responsibility,

earned an additional one-level decrease in her offense level and is therefore entitled to a total

three-level reduction in her offense level for acceptance of responsibility. We do note that it is

the Government's position that there is a quantitative and qualitative difference between the

issues regarding the granting of a Section 3E1.1 motion and that of a motion for departure

pursuant to 18 U.S.C. §3553(e) and Section 5K1.1 of the U.S.S.G. Manual. Our memorandum in

support of Defendant Odom's departure and sentencing states as follows:

Defendant Odom has provided substantial assistance to the Government in the

investigation and prosecution of her coconspirators involved in her criminal conduct. Therefore,

she is entitled to a downward sentencing departure from her sentencing guidelines and her

statutory mandatory minimum sentences. 18 U.S.C. §3553(e) and Section 5K1.1 of the U.S.S.G. Manual. Defendant Odom has provided substantial information which resulted in her coconspirators pleading guilty in this case. In addition, she has made three purchases which have allowed law enforcement to open new investigations.

The prosecution team and the law enforcement task force believe that Defendant Odom has provided substantial assistance to the United States. We recommended to the Departure Committee of the United States Attorney's Office for the District of Columbia that they receive this departure. The Departure Committee agreed with our recommendations and has awarded Defendants Odom with a departure notice to this Court from both her guideline and statutory, mandatory sentence requirements of imprisonment.

Accordingly, in light of her criminal history, her roles in the offense, the common factors for sentencing, her pre-trial confinement and her substantial assistance, we submit that Defendant Odom's substantial departure is warranted.

WHEREFORE, it is respectfully requested that this motion be granted.

Respectfully submitted,

JEFFERY A. TAYLOR
United States Attorney
D.C. Bar No. 498-610

Martin Dee Carpenter, D.C. Bar No. 431-211
Criminal Division, Organized Crime & Narcotics
Assistant United States Attorney's Office
555 4th Street, N.W., Room No. 4116
Washington, D.C. 20530
(202) 514-7063
Email: martin.carpenter2@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this pleading has been filed and served this 20th day of November, 2007, upon counsel for Defendant Odom, Gary Sidell, Esquire, at 1776 K Street, Northwest, Suite No. 800, Washington, D.C.  20006; and by fascimile to (202) 331-9666; Office No. (202) 783-0060; Cell No. (202) 421-8436.

MARTIN DEE CARPENTER, Bar No. 431-211
Assistant United States Attorney
Organized Crime & Narcotics Trafficking Section
555 4th Street, N.W., Room No. 4116
Washington, D.C.  20530
(202) 514-7063