

**LISA HURT
graphic design**

2928 Carlton Avenue NE Washington, DC 20018  202.635.1301
lhurt@rcn.com

E. Barrett Prettyman U.S. Court
333 Constitution Avenue, NW
Washington, DC 20001
Attn.: The Honorable Chief Judge Thomas Hogan
United States District Court
Re: Cathy Odom

Dear Judge Hogan:

Thank you for providing an avenue to share our insight and observations of my younger sister, Cathy Odom.

I am aware that she is facing sentencing for a guilty plea to a serious criminal offense, e.g., conspiracy to distribute and possess more than 50 grams of cocaine base. My hope is that my sharing of some of her early background and progress of late, since her arrest in March, 2006 will be of help in your thinking of her.

Cathy is one of those people who has an incredible capacity and talent to teach, nurture, and inspire young people in the art and discipline of dance. The numbers of children she has trained in her 29 year career are countless and it warms one's heart to see her in the studio working with young people.

### How did she get her start?

She started her classical training in ballet at the age of five at Jones-Haywood School of Ballet (founded in 1947) in Washington, DC under the tutelage of founders/directors, Ms. Doris W. Jones and Ms. Claire Haywood. Cathy was an ardent, talented student and she excelled. At the tender age of 13, she was selected to be a member of the Capitol Ballet Company (a professional ballet company fed by the outstanding graduates of the ballet school, now defunct) alongside members at least 5 years her senior. Upon graduation from McKinley Technical High School, Ms. Doris Jones entrusted her to become a member of the faculty and then in later years she was promoted to Artistic Director of the ballet school.

But, even before beginning ballet, I can remember pre-school aged Cathy earnestly trying to train a litter of puppies to sit still and pay attention (no easy task and perhaps a precursor of her teaching spirit) to an alphabet lesson she had written on a small blackboard in a space in our family home where she imagined a classroom.

Cathy being the youngest of four, traveled with our parents to international conventions with an organization called the Y's Men Club, a fund-raising arm of the YMCA of which our father, James R. Hurt was D.C. Chapter President. Our parents were both federal government workers, our father, an auditor retired from the General Accounting Office, deceased 1983. Our mother, Ruby N. Hurt, worked at the Bureau of Engraving and Printing for 27 years, attained her college degree at age 54, and obtained a position as management analyst until her passing in 1977, when Cathy was 17 years of age.

Cathy Odom had an unique upbringing with parents who had an interest in people, not just those outside our doors, but for those from around the world, also. We hosted exchange students in our home and when Cathy was in high school we hosted a young female student from Denmark, a peer, to share their school year together. Cathy gained new insights and an appreciation for different cultures.

### Since Her Start

Cathy was an outstanding dancer and teacher not only in classical ballet, but modern and jazz alike. She has had the guidance of internationally known choreographers like Mr. Billy Wilson, nominated for three Tony awards, and knows well the work of George Balanchine, one of the founders of American Ballet, which she has performed. She has danced in the New York company *Jubilation!* and performed with many professional companies around New York City as well as in the Washington Metropolitan area in prominent theaters including Kennedy Center for the Performing Arts, National Theater, Warner Theater and Lisner Auditorium.

FILED
NOV 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U S DISTRICT COURT

CR 06-106-TFH Attachment

continued from page 1   November 16, 2007

My sister is a mother of three. Her eldest is Tiffany T. Glenn, a classical ballerina with Ballet San Jose, in California, Krystal Odom is her second born, a student at University of the District of Columbia and a young mother, and Michael Odom her youngest and only son. She's also, the grandmother of Khalil Davis, 3 years old.

**After Her Release from Jail**

Of course her arrest and imprisonment was a huge shocking blow to all of us and we have been blessed to see her return to her faith and her innate giving character that we knew from years gone by.

Those of us who come in contact with her often notice immediately the difference in her demeanor. She's handling her drug recovery with grace as she re-establishes her important position among society. Her morals are at the forefront of her thoughts and actions. She has gained for herself meaningful teaching positions in the field of dance, not easy to regain after her challenges with law enforcement and incarceration. She is currently teaching dance at Joy of Motion, Creative Dance Movement and she is assistant choreographer for the upcoming production of The Wiz at Duke Ellington School of the Arts, to be performed Spring 2008.

Cathy possesses many strong qualities including outstanding determination, enduring stamina, a calm fortitude and above all, a humble heart. She gives of herself to others in need with a sincere smile.

Cathy is involved with the discipleship program "Call to Action" studying the Bible weekly as well as assisting clients of Harbor Light who have just been discharged. With Narcotics Anonymous (NA), she holds two service positions with two different groups, secretary for Out from Under and GSR (General Service Representative) for Way Out, Recovery.

In addition, this past year during her own recovery, Cathy's endearing support has been instrumental in the recovery of her eldest child's bout with breast cancer. Cathy's level-headedness and devotion during the recuperation period after surgery was remarkable and remains steadfast as her daughter has returned to health and her life's work.

My sister's humble heart and diligent spirit has kept her on her straight and narrow path since her arrest, some 19 months ago. We've been privileged to see Cathy blossom and demonstrate with a clear head, the teachings and guidance of that unique upbringing given her by our parents, two persons of integrity and love for their fellowman and her mentors, the founders/directors of the Jones-Haywood School of Ballet, two persons of great character, dignity and respect.

My sister is actively proving her commitment to her recovery for herself, her family and the community and she's committed to her life's work of teaching dance to young people. Cathy's approach to teaching dance strengthens young people's spirit within, honors Life and builds their character along with the art of movement.

In gratitude and respect,

Lisa Hurt

gary m. sidell
___

**From:** Earnest Parker [parkere@georgetown.edu]
**Sent:** Tuesday, November 13, 2007 5:21 PM
**To:** suitcase@erols.com
**Subject:** Cathy Odom

To Whom It May Concern:
    I am a retired Detective from Metropolitan Police Department, and now I am Pastor of The Living Water Church of Prayer and Healing , in Oxon Hill , Maryland.
I am writing this letter on behalf of Ms. Cathy Odom . I have known Ms. Odom for over thirty years and during this time she has been a wonderful young lady. I must admit that I was surprise to hear about her troubles. However Your Honor ,I ask that if possible would you please give her another chance by not giving her any jail time . She has already learned a valuable lesson and now on the right road .Her time that she has given to help many young ladies in the neighborhood and the surrounding area is very important and if you would please let her continue her work .
    Also sir at my Church we have a program that offer help and continue to guide former addicts in the right direction, be- cause of  Ms. Odom commitment to herself and to the community I would like to have her in this program where she would report directly to me and I to the court .We find that Biblical Counseling  through God is very successful.I can be reach at ███████ cell, work 202-687-6848.Church 301- 839-5594. Please feel free to call at anytime.

                                     In God We Trust:
                                   Rev. Earnest Parker
                         Pastor, The Living Water Church

1