HONORABLE THOMAS F. HOGAN, UNITED STATES CHIEF JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-06-106</u> |
| | : | |
| vs. | : | |
| | : | |
| ODOM, Cathy aka ODOM, Tammy | : | Disclosure Date: <u>October 10, 2007</u> |

2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)
- (✓) There are no material/factual inaccuracies therein.
- ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____
Prosecuting Attorney

Carpenter by phone on 11/1/07

11-28-07
Date

### For the Defendant
(CHECK APPROPRIATE BOX)
- (✓) There are no material/factual inaccuracies therein.
- ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____
Defendant          Date

_____
Defense Counsel     Date

11/28/07

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>October 24, 2007</u>, to U.S. Probation Officer <u>Tennille Losch</u>, telephone number <u>(202) 565-1385</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
      United States Probation Officer